1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN RE TRENT LOHMAN,              No. CIV S-07-0127 FCD GGH P

12

13                                  ORDER

14  _____/

15          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

16  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

17  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

18          On June 5, 2008, the magistrate judge filed findings and recommendations herein

19  which were served on petitioner and which contained notice to petitioner that any objections to

20  the findings and recommendations were to be filed within twenty days.  Petitioner has not filed

21  objections to the findings and recommendations.

22          The court has reviewed the file and finds the findings and recommendations to be

23  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24  ORDERED that:

25  /////

26  /////

1

1          1.   The findings and recommendations filed June 5, 2008, are adopted in full; and

2          2.   This action is dismissed.  <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

3    DATED: August 8, 2008.

4

5                                                           _____

6                                                           FRANK C. DAMRELL, JR.
                                                            UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26